34710. RED REALTY OF GEORGIA, INC. et al. v. TENNENT et al.

Per curiam.
Red Realty of Georgia, Inc., sought to enjoin the construction of a commercial building adjacent to its

---

[1]The facts show that the plaintiff was 88 years old at the time the options were given.

supermarket in Fort Oglethorpe, Georgia, on the grounds that a variance[1] had been illegally granted to the defendants. The trial court, without ruling on the variance issues, denied both a temporary and permanent injunction due to laches. The evidence supports the trial court's ruling and we affirm.

*Judgment affirmed. All the Justices concur.*

SUBMITTED MARCH 16, 1979 — DECIDED APRIL 5, 1979 — REHEARING DENIED APRIL 17, 1979.

*Frank M. Gleason, James A. Secord,* for appellants.
*Thomas, Mann & Gossett, Neil Thomas, III, Brian C. Smith, Miller & Martin, James Buckner, Thomas B. Cresswell, Jr.,* for appellees.

---

[1]We express no opinion whether the trial court had jurisdiction to entertain an independent suit in equity. *Bentley v. Chastain,* 242 Ga. 348 (249 SE2d 38) (1978).